**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIN ECK, SUSAN ECK, and CHRISTOPHER WINCHESTER,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, STATE FARM MOTOR AUTOMOBILE INSURANCE COMPANY and STATE FARM,<br><br>Defendants. | No. 4:26-CV-001142<br><br>(Chief Judge Brann) |

**<u>ORDER</u>**

**SEPTEMBER 22, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants State Farm Fire & Casualty Company, State Farm Motor Automobile Insurance Company, and State Farm's Partial Motion to Dismiss (Doc. 4) is **GRANTED**;

2. Plaintiffs' Bad Faith claim is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiffs shall have fourteen (14) days from today's date to file an amended complaint.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge